THE DEFENDANT'S (STEINBACH) MOTION FOR ORDER OF COMPLIANCE IS GRANTED. PLAINTIFF SHALL COMPLY WITH SECTION IV OF LPL CASE MANAGEMENT ORDER NO. 1, AS AMENDED, BY JULY 26, 1999. IF THE DEFENDANT HAS NOT RECEIVED COMPLIANCE BY THAT DATE, HE MAY FILE A MOTION ATTESTING TO THAT FACT AND REFERENCING THIS ORDER, AT WHICH TIME AN ORDER OF NON-SUIT WILL ENTER.
LAGER, J. 7/9/99